UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Federal Trade Commission,
Plaintiff,

v.

One or More Unknown Parties
Doing Business as the Institute
for International Licensing, et al.,
Defendants

Case No. 1:03-CV-00021-RMC

PLAINTIFF'S NOTICE OF FILING
ADDITIONAL EXHIBITS IN SUPPORT
OF PRELIMINARY INJUNCTION

Comes now Plaintiff Federal Trade Commission and files the following declarations in support of its motion for entry of a preliminary injunction against Defendants originally filed on January 7, 2003:

(1) Certificate of Service of Complaint, Temporary Restraining

Order, and Summons; (2) Declaration of Tony Allen; (3) Declaration of John Luckett; (4) Certificate of Authenticity of Business Record from VISA U.S.A Inc; (5) Declaration of John Ide; (6) Declaration of Confidential Informant (pursuant to Court's oral order made January 24, 2003, the unredacted declaration was submitted to the Court in camera with a redacted version filed with the Clerk); and (7) Declaration of Counsel.

Dated: January 24, 2003

Respectfully submitted,
William E. Kovacic
General Counsel

*Gregory A. Ashe* (signature)

Gregory A. Ashe
James Reilly Dolan
Victor F. DeFrancis
Federal Trade Commission
600 Pennsylvania Ave NW
Washington DC 20580
202-326-3719 telephone
202-326-2558 facsimile
Attorneys for Plaintiff